1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    GEORGE NOTCHAL TORRES,              No. CIV S-08-2742-WBS-CMK-P

12                    Petitioner,

13           vs.                                    <u>ORDER</u>

14    Derral G. Adams,[1]

15                    Respondent.

16    _____/

17           Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's amended

19    petition for a writ of habeas corpus (Doc. 7).

20           The court has examined the petition as required by Rule 4 of the Federal Rules

21    Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached

22    exhibits that petitioner is not entitled to relief.  <u>See</u> <u>id.</u>  Respondent(s), therefore, will be directed

23    to file a response to petitioner's petition.  <u>See</u> <u>id.</u>  If an answer to the petition is filed, such

24    answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.

25    _____

26           [1]    Petitioner's amended petition correctly names Warden Adams as the respondent
      in this matter.  The Clerk of the Court is directed to update the docket.

                                                    1

Specifically, an answer shall be accompanied by any and all transcripts or other documents

relevant to the determination of the issue(s) presented in the petition.  See id.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Respondent(s) shall file a response to petitioner's amended petition within

60 days from the date of service of this order;

    2. Petitioner's traverse or reply (if an answer to the petition is filed), if any,

or opposition or statement of non-opposition (if a motion in response to the petition is filed) shall

be filed and served within 30 days of service of respondent's response; and

    3. The Clerk of the Court shall serve a copy of this order, together with a

copy of petitioner's amended petition for a writ of habeas corpus (Doc. 7) and the court's Order

re: Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney

General.


 DATED:  February 5, 2009


                 _____
                 **CRAIG M. KELLISON**
                 UNITED STATES MAGISTRATE JUDGE