IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE NOTCHAL TORRES,　　　　　　　No. CIV S-08-2742-CMK-P

　　　　　Petitioner,

　　vs.　　　　　　　　　　　　　　　　ORDER

JAMES TILTON,

　　　　　Respondent.

_____/

　　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's motion for an extension of time (Doc. 18) to file a response to petitioner's petition. Good cause appearing therefore, the request is granted. The response is due within 60 days of the date of this order. Failure to comply with this order may result in the imposition of appropriate sanctions. See Local Rule 11-110.

　　　　　IT IS SO ORDERED.

DATED: April 22, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE